```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF FLORIDA
```

ALBERT KELLER, JR., on his own behalf
and others similarly situated,

    Plaintiff,

v.                                CASE NO.:  3:09CV31-WS/EMT

SOUTHEASTERN BUILDING SERVICES, INC.,
a Foreign Corporation,
and STEVE KIMSEY, individually,

    Defendants.
_____/

**CERTIFICATE OF COMPLIANCE WITH N.D. LOCAL RULE 7.1(B)
ASSOCIATED WITH DOCUMENT 41**

COMES NOW the Defendants, SOUTHEASTERN BUILDING SERVICES, INC. and STEVE KIMSEY, by and through their undersigned counsel, and certifies that counsel for the Plaintiff and counsel for Defendants have conferred regarding Document 41 (Defendants' Motion to Alter or Amend Judgment). Pursuant to that conference, Defendants still maintain that the time period for filing the Affidavit of Attorney's Fees is governed by N.D. Local Rule 54.1(E) inasmuch as the Settlement Agreement approved by this Court (Document 39) conceded attorney fee entitlement leaving only the amount of attorney's fees to be determined by this Court. Plaintiff's counsel contends the filing deadline is governed by N.D. Local Rule 54.1(A).

Defendants agree if this Court finds the filing deadline to be thirty (30) days the filing was timely.

                                                Respectfully submitted,

*/s/ Douglas F. Miller*
DOUGLAS F. MILLER
Clark, Partington, Hart, Larry,
Bond & Stackhouse
125 W. Romana Street, Suite 800
P. O. Box 13010
Pensacola, FL  32591-3010
(850) 434-9200
Attorneys for Defendants
Fla. Bar No:  372919